UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK S.,

    Plaintiff,                                           No. 22-11594

v.                                                Honorable Nancy G. Edmunds

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
AUGUST 3, 2023 REPORT AND RECOMMENDATION [15]**

Plaintiff Frank S. brings this action seeking judicial review of the Commissioner of Social Security's denial of his applications for Disability Insurance Benefits and Supplemental Security Income. (ECF No. 1.) The Court referred the matter to Magistrate Judge Kimberly G. Altman. (ECF No. 3.) Currently before the Court is the Magistrate Judge's August 3, 2023 report and recommendation. (ECF No. 15.) The Magistrate Judge recommends denying Plaintiff's motion for summary judgment, granting Defendant's motion for summary judgment, and affirming the Commissioner's decision. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation. The Court, therefore, ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (ECF No. 15);

DENIES Plaintiff's motion for summary judgment (ECF No. 11); GRANTS Defendant's motion for summary judgment (ECF No. 13); and AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

      SO ORDERED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated: August 21, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 21, 2023, by electronic and/or ordinary mail.

                                  s/Lisa Bartlett
                                  Case Manager